| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Odessie L. Cole** | Social Security number or ITIN **xxx–xx–5006** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number:   **16–02445** | | |

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Odessie L. Cole
aka Odessie L. Cherry

April 26, 2016                                **For the court:**        Jeffrey P. Allsteadt, Clerk
                                                                        United States Bankruptcy
                                                                        Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                 page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 16-02445-CAD
Odessie L. Cole                                                             Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 3            Date Rcvd: Apr 26, 2016
                              Form ID: 318             Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2016.
```
db           +Odessie L. Cole,    17304 Poe Ave.,    Hazelcrest, IL 60429-1639
24143784     +AT & T Mobility,    c/o EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
24143785      AT&T,    Bankruptcy Dept,   6021 S. Rio Grande Ave, 1st Floor,    Orlando, FL 32809-4613
24143786      AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
24143788      AT&T U-Verse,    PO Box 1826,    Alpharetta, GA 30023-1826
24143774      Advocate Health & Hospital Corp.,    PO Box 92710,    Chicago, IL 60675-2710
24143775      Advocate Health Corporation,    PO Box 92710,    Chicago, IL 60675-2710
24143776      Advocate Health Hospital Corp,    PO Box 92710,    Chicago, IL 60675-2710
24143779     +Advocate South Suburban Hospital,    Patient Financial Services,    PO Box 129,
               Lombard, IL 60148-0129
24143782     +Ameritox,    7090 Samuel Morse Dr., Ste. 300,    Columbia, MD 21046-3443
24143783     +Arnold Scott Harris,    111 W. Jackson, #600,    Chicago, IL 60604-3517
24143789     +BioReference Laboratories Inc.,    481 Edward H Ross Drive,    Elmwood Park, NJ 07407-3128
24143790      Blue Cross Blue Shield of Illinois,    300 East Randolph,    Chicago, IL 60601-5099
24143797      COMO Law Firm, P.A.,    PO Box 130668,    Saint Paul, MN 55113-0006
24143791     +Catalyst Interventions, LLC,    7366 N. Lincoln Ave., #300,    Lincolnwood, IL 60712-1740
24143792     +Chandra Diagnostic Cardiology, Ltd,    10718 S. Ewing Ave,    Chicago, IL 60617-6605
24143796     +City of Country Club Hills,    4200 Main Street,    Country Club Hills, IL 60478-5338
24143794      City of Country Club Hills,    Bankruptcy Department,    3700 W. 175th Place,
               Country Club Hills, IL 60478-4698
24143802     +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
24143803     +Harris & Harris, Ltd,    111 West Jackson Blvd,    Suite 400,   Chicago, IL 60604-4135
24143804      Hinsdale Anesthesia Associates LTD,    Dept. 77 9131,    Chicago, IL 60678-9131
24143805     #Hinsdale Surgical Center, LLC,    908 N. Elm St., Ste. 401,    Hinsdale, IL 60521-3638
24143807     +ICS Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
24143808     +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
24143809      Ingallis Memorial Hospital,    Correspondence Address,    PO Box 3397,    Chicago, IL 60654-0397
24143810     +Ingalls Memorial Hospital,    Bankruptcy Department,    PO Box 75608,    Chicago, IL 60675-5608
24143812      Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06152,    Chicago, IL 60606-0152
24143813     +MacNeal Hospital,    Attn: Patient Accounts,    2384 Paysphere Cirlce,    Chicago, IL 60674-0023
24143814     +Malacko Law Office,    PO Box 135,    Cottage Grove, MN 55016-0135
24143816     +MedDraft,    95 Argonaut,    Suite 200,   Aliso Viejo, CA 92656-4133
24143817     +Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
24143819     +Medical Payment Data,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
24143818     +Medical Payment Data,    c/o CMRE Financial,    3075 E. Imperial Hwy, Ste. 200,
               Brea, CA 92821-6753
24143820     +Medical Recovery Specialists, LLC,    2250 E. Devon Ave., Ste. 352,    Des Plaines, IL 60018-4519
24143821     +Medstar Labortory, Inc.,    4531 W. Harrison Street,    Hillside, IL 60162-1614
24143822      Midwest Anesthesiologists,    3407 Momentum Place,    Chicago, IL 60689-5334
24143824      Midwest Diagnostic Pathology, SC,    PO Box 578,    Park Ridge, IL 60068-0578
24143827     +Pain Specialists of Greater Chicago,    7055 High Grove Blvd,    Suite 100,
               Burr Ridge, IL 60527-7625
24143830     +Palos Surgicenter, LLC,    7340 W. College Dr., #1,    Palos Heights, IL 60463-1186
24143831     +Radiology Imaging Consultants,    9413 Eagle Way,    Chicago, IL 60678-1094
24143833      Radiology Imaging Consultants, SC,    75 Remittance Drive,    Dept. 1324,
               Chicago, IL 60675-1324
24143836      Real Time Resolutions, Inc.,    Bankruptcy Department,    PO Box 566027,    Dallas, TX 75356-6027
24143841      Service Medical Equipment, Inc.,    5017 Chase Ave.,    Downers Grove, IL 60515-4014
24143840     +Service Medical Equipment, Inc.,    PO Box 266,    Westmont, IL 60559-0266
24143842      Sullivan Urgent Aid Centers, LT,    3429 Regal Drive,    Alcoa, TN 37701-3265
24143844     +The Law Offices of Brian S Glass,    7366 North Lincoln Ave,    Suite 300,
               Lincolnwood, IL 60712-1740
24143845      The University of Chicago Phys. Grp,    75 Remittance Dr., Suite 1385,    Chicago, IL 60675-1385
24143847     +Transworld Systems Inc. Collection,    Bankruptcy Department,    PO Box 17221,
               Wilmington, DE 19850-7221
24143852     +US Asset Mangement Inc.,    c/o EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
24143848     +University Head & Neck Assoc.,    4647 W. Lincoln Highway,    Lower Level,
               Matteson, IL 60443-2319
24143849      University Head & Neck Associates,    75 Remittance Drive,    Suite 1240,
               Chicago, IL 60675-1240
24143850     +University Of Chicago,    5801 S. Ellis Ave.,    Chicago, IL 60637-1546
24143851     +University of Chicago,    15965 Collections Center Drive,    Chicago, IL 60693-0159
24143854      Womens Wellness World,    PO Box 967,    Tinley Park, IL 60477-0967
24143855     +Womens Wellness World SC,    17850 Kedzie Ave., Ste. 1500,    Hazel Crest, IL 60429-2055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QNNREID.COM Apr 27 2016 00:58:00      N. Neville Reid,    Fox, Swibel, Levin & Carroll, LLP,
               200 W. Madison Street,    Suite 3000,   Chicago, IL 60606-3417
24143780     +EDI: AFNIRECOVERY.COM Apr 27 2016 00:58:00      AFNI,    PO Box 3667,
               Bloomington, IL 61702-3667
24143787     +EDI: CINGMIDLAND.COM Apr 27 2016 00:58:00      AT&T,    Bankruptcy Dept.,   5407 Andrew Highway,
               Midland, TX 79706-2851
```

```
District/off: 0752-1           User: admin              Page 2 of 3              Date Rcvd: Apr 26, 2016
                               Form ID: 318             Total Noticed: 77

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24143777         E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 27 2016 01:29:30
                  Advocate South Suburban Hospital,    22091 Network Place,    Chicago, IL 60673-1220
24143778         E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 27 2016 01:29:30
                  Advocate South Suburban Hospital,    PO Box 3039,    Hinsdale, IL 60522-3039
24143781         EDI: AFNIRECOVERY.COM Apr 27 2016 00:58:00       Afni,    1310 Martin Luther King Drive,
                  PO Box 3517,    Bloomington, IL 61702-3517
24143795        +E-mail/Text: karaiza@mcsicollections.com Apr 27 2016 01:29:30        City of Country Club Hills,
                  c/o MCSI,    7330 College Dr.,    Palos Heights, IL 60463-1157
24143798        +EDI: CONVERGENT.COM Apr 27 2016 00:58:00       Convergent Outsourcing, Inc.,    PO Box 9004,
                  Renton, WA 98057-9004
24143799         EDI: ESSL.COM Apr 27 2016 00:58:00       Dish,    PO Box 94063,    Palatine, IL 60094-4063
24143801         EDI: ESSL.COM Apr 27 2016 00:58:00       Dish Network,    Dept 0063,    Palatine, IL 60055-0063
24143800        +EDI: ESSL.COM Apr 27 2016 00:58:00       Dish Network,    Attn: Bankruptcy Dept.,    P.O. Box 6633,
                  Englewood, CO 80155-6633
24143806         EDI: IIC9.COM Apr 27 2016 00:58:00       IC Systems, Inc.,    PO Box 64378,
                  Saint Paul, MN 55164-0378
24143811         EDI: IRS.COM Apr 27 2016 00:53:00       IRS,    Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
24143815        +E-mail/Text: karaiza@mcsicollections.com Apr 27 2016 01:29:30        MCSI,    7330 College Drive,
                  Palos Heights, IL 60463-1186
24143820        +E-mail/Text: clientservices@medrecovery.com Apr 27 2016 01:29:19
                  Medical Recovery Specialists, LLC,    2250 E. Devon Ave., Ste. 352,
                  Des Plaines, IL 60018-4519
24143826        +E-mail/Text: egssupportservices@egscorp.com Apr 27 2016 01:27:50
                  NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
24143835         E-mail/Text: bkdepartment@rtresolutions.com Apr 27 2016 01:27:51        Real Time Resolutions,
                  1349 Empire Central Dr., Ste. 150,    Dallas, TX 75247-4029
24143843        +EDI: SWCR.COM Apr 27 2016 00:59:00       SW Credit Systems Inc.,    4120 International Parkway,
                  Suite 1100,    Carrollton, TX 75007-1958
24143843        +E-mail/Text: bankruptcy@sw-credit.com Apr 27 2016 01:27:36        SW Credit Systems Inc.,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
24143837        +EDI: DRIV.COM Apr 27 2016 00:58:00       Santander,    PO Box 105255,    Atlanta, GA 30348-5255
24143838        +EDI: DRIV.COM Apr 27 2016 00:58:00       Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
24143839         EDI: DRIV.COM Apr 27 2016 00:58:00       Santander Consumer USA,    Attn: Bankruptcy Dept.,
                  PO Box 560284,    Dallas, TX 75356-0284
24143846        +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2016 01:29:28        Transworld Systems Inc.,
                  507 Prudential Rd.,    Horsham, PA 19044-2308
24143853        +EDI: WFFC.COM Apr 27 2016 00:58:00       Wells Fargo Dealer Services,    PO Box 1697,
                  Winterville, NC 28590-1697
                                                                                                TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24143793*       +Chandra Diagnostic Cardiology, Ltd,    10718 S. Ewing Ave.,    Chicago, IL 60617-6605
24143823*        Midwest Anesthesiologists LTD,    3407 Momentum Place,    Chicago, IL 60689-5334
24143828*       +Pain Specialists of Greater Chicago,    7055 High Grove Blvd.,    Suite 100,
                  Burr Ridge, IL 60527-7625
24143829*       +Pain Specialists of Greater Chicago,    7055 High Grove Blvd., Ste. 100,
                  Burr Ridge, IL 60527-7625
24143834*       +Radiology Imaging Consultants, SC,    75 Remittance Drive, Dept. 1324,    Chicago, IL 60675-1324
24143825       ##+MRI of Oak Lawn,    6240 West 95th,    Oak Lawn, IL 60453-2702
24143832       ##+Radiology Imaging Consultants,    PO Box 1886,    Harvey, IL 60426-7886
                                                                                    TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 3 of 3            Date Rcvd: Apr 26, 2016
                              Form ID: 318             Total Noticed: 77
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2016 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Odessie L. Cole davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 3
```